DAVID E. McALLISTER (WA SBN 37755)
JESSE A. P. BAKER (WA SBN 36077)
MELODIE A. WHITSON (WA SBN 42100)
PITE DUNCAN, LLP
14510 NE 20th Street, #203
Bellevue, WA 98007
Telephone: (425) 644-6471

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Honorable Frank L. Kurtz
CHAPTER: 13
HEARING DATE:
HEARING TIME:
RESPONSE DATE:

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON – SPOKANE/YAKIMA DIVISION

| | |
|---|---|
| In re<br><br>MARCELINO OSORIO, JR AND CARRIE A. OSORIO,<br><br>    Debtor(s). | No. 10-02401-FLK<br><br>ORDER GRANTING STIPULATION RE: AVOIDANCE OF LIEN |

This matter, having come before the court on the Stipulation Re: Avoidance of Lien filed by The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee for RSMSII2005HSA1 ("Movant"), and the court having reviewed all documents filed in support of and in opposition to said Stipulation, and having heard any argument of counsel, and having reviewed the records and files herein, and otherwise being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED:

1. Creditor's claim shall be allowed as a non-priority general unsecured claim;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon Debtors' completion of a Chapter 13 Plan and the Debtors' Chapter 13 discharge

3. Upon receipt of Debtors' Chapter 13 discharge and completion of a Chapter 13 Plan, this stipulation and the corresponding order thereon may be recorded by Debtor by the Spokane/Yakima County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan in

the event of either the dismissal of Debtor's Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtors' completion of a Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclose sale for the full amount of the Subject Loan balance at the time of the sale; and

6. Each party shall bear their own attorneys fees and costs incurred incident to the negotiation and preparation of the instant stipulation.

Dated:_____      _____
                                   U.S. BANKRUPTCY JUDGE

Presented By                       PITE DUNCAN, LLP
                                   /s/ Jesse A. P. Baker
                                   _____
                                   Jesse A. P. Baker WSBA# 36077
                                   Attorneys for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee for RFSMII 2005HSA1